```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

EVAN N. WESTMORELAND,

                Plaintiff,
                                        No. 9:03-CV-1502
           v.                              (J. Scullin)

DR. J. FLAGED; DR. WELDON,

                Defendants.
_____


APPEARANCES:                            OF COUNSEL

EVAN N. WESTMORELAND
Plaintiff pro se


ELIOT SPITZER                           RISA L. VIGLUCCI
Attorney General of the State           Asst. Attorney General
     of New York
```

**FREDERICK J. SCULLIN, JR., D.J.:**

### DECISION AND ORDER

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed November 14, 2005, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed November 14, 2005 is **ACCEPTED** in its

entirety, for the reasons stated therein and it is further

**ORDERED**, that the defendants' motion to dismiss is **GRANTED** and the complaint is **DISMISSED** due to plaintiff's failure to notify the court of his change of address and for failure to prosecute, and it is further

**ORDERED**, that the Clerk of the Court is to enter judgment in favor of the Defendants and close this case.

**IT IS SO ORDERED.**

**Dated:** December 6, 2005
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Chief United States District Court Judge